**POTTER COUNTY**
**Caroline Woodburn**
**DISTRICT CLERK**

P.O. Box 9570
Amarillo, Texas  79105-9570
501 S. Fillmore - Suite 1B

(806) 379-2300
Fax: (806) 372-5061
districtclerk@co.potter.tx.us

================================================================

WRIT OF HABEAS CORPUS

FEBRUARY 24, 2015

NOTICE OF RECEIPT OF MANDATE

COURT OF APPEALS NUMBER:    WR-82627-01
TRIAL COURT CAUSE NUMBER:   W-066764-01-E

EX PARTE STACIE ANN KENEMORE
            VS
THE STATE OF TEXAS

PURSUANT TO THE RULES OF APPELLATE PROCEDURE, NOTICE IS HEREBY GIVEN
THAT THE MANDATE OF THE COURT OF CRIMINAL APPEALS OF TEXAS IN THE ABOVE
STYLED AND NUMBERED CAUSE HAS BEEN RECEIVED AND IS FILED AMONG THE
PAPERS OF THE CAUSE.

                CAROLINE WOODBURN, DISTRICT CLERK
                    POTTER COUNTY, TEXAS

CCAMAN

| | |
|---|---|
| **From:** | Denise B |
| **To:** | CCANoticingService |
| **Subject:** | Re: Notice(s): WR-80,680-02 |
| **Date:** | Tuesday, February 24, 2015 10:32:03 AM |

We have received the Mandate.

Denise Bujnoch
Chief Deputy
Lavaca County District Clerk
P. O. Box 306
Hallettsville, Texas 77964
361 798-2351 ph
361 798-5674 fx
deniseb@lavacacounty.net

CONFIDENTIAL NOTICE: This electronic transmission and any attachments constitutes confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** "ccanoticingservice@txcourts.gov" <ccanoticingservice@txcourts.gov>
**To:** deniseb@lavacacounty.net
**Sent:** Monday, February 23, 2015 6:08 PM
**Subject:** Notice(s): WR-80,680-02

You have received notice(s) for the following case(s):

WR-80,680-02
HODGES, DEVRON ALEX

Files
MANDATE COVER LETTER_FILECOPY.pdf
MANDATE ISSUED_HC_HCRGR_FILECOPY.pdf

Thank you,
Abel Acosta, Clerk
Court of Criminal Appeals

Do not reply to this message. If you have questions, please contact the Court at (512) 463-1551.

**From:** Cynthia D. Dutra
**To:** Deana Williamson
**Subject:** Mandate Receipt Acknowledgement RE: WR-62,574-03
**Date:** Friday, February 27, 2015 8:58:20 AM

Pursuant to Rule 51.2(a)(1) T.R.A.P., I hereby acknowledge receipt of the mandate of the Court of Criminal Appeals via this email response.

*Cindy Dutra*

Lead Appeals Clerk
Tarrant County District Clerk
817 884-2885
401 W. Belknap St.
Fort Worth, Texas 76102
cddutra@tarrantcounty.com